726

No. 331. CAPPOLA *v.* PLATT, SHERIFF. October 11, 1937. Petition for writ of certiorari to the Supreme Court of Errors of Connecticut denied. *Mr. Anthony A. E. DeLucia* for petitioner. No appearance for respondent.

No. 332. PHILLIPS ET AL., EXECUTORS, *v.* GHINGHER, RECEIVER. October 11, 1937. Petition for writ of certiorari to the Court of Appeals of Maryland denied. *Mr. Herbert C. Fooks* for petitioners. *Mr. Sherman P. Bowers* for respondent.

No. 333. COHEN *v.* SUPERIOR OIL CORP. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Meyer Kraushaar* for petitioner. *Messrs. E. Ennalls Berl* and *David F. Anderson* for respondent.

No. 335. MARTIN *v.* HULL ET AL. October 11, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. H. Winship Wheatley* and *M. D. Rosenberg* for petitioner. *Mr. Marion Butler* for respondents.

No. 336. PURMAN *v.* SMITH. October 11, 1937. Petition for writ of certiorari to the Superior Court of Pennsylvania denied. *Mr. Thomas R. Purman, pro se.* No appearance for respondent.